AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| SAYLOR R. WHITE, )<br>*Plaintiff* )<br>v. )<br>DAVE DENNIS CHEVROLET, et al., )<br>*Defendant* ) | Civil Action No. 3:21-cv-328 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: It is hereby ORDERED that the Complaint against Defendant State of Ohio is DISMISSED without prejudice .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Report and Recommendations .

Date: 4/14/22

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*