IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SAYLOR R. WHITE,

    Plaintiff,                               :         Case No. 3:21-cv-328

 - vs -                                      District Judge Thomas M. Rose
                                            Magistrate Judge Michael R. Merz

DAVE DENNIS CHEVROLET, et al.,

    Defendants.                          :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

      This case is before the Court on the Amended Report and Recommendations of Magistrate Judge Michael R. Merz dismiss with prejudice Defendants Greene County Prosecutor's Office, Montgomery County Jail, Beavercreek Police Department, Brad Piesecki, Stephen Haller, Suzanne Schmidt and the Fairborn Jail (ECF No. 50) and Magistrate Judge Merz's Report and Recommendations to dismiss with prejudice Plaintiff's claims against Defendants Dave Dennis, Inc., and Emily Augsperger (ECF No. 51).  The Court has reviewed both Report and, noting that no objections have been filed thereto and the time for objections expired May 2, 2022, ADOPTS said Reports and Recommendations.

      Accordingly, it is hereby ORDERED that the Complaint is DISMISSED with prejudice as to Defendants Greene County Prosecutor's Office, Montgomery County Jail, Beavercreek Police Department, Brad Piesecki, Stephen Haller, Suzanne Schmidt, Fairborn Jail, Dave Dennis, Inc., and Emily Augsperger.

Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to this effect.   This judgment will dispose of all claims and parties in the case and will make the judgments appealable as of its entry.

May 3, 2022.                                                                                               s/ Thomas M. Rose

                                                                                   Thomas M. Rose
                                                            United States District Judge